# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

RODGER GARNELL LAMB,
     Plaintiff,

Case Number 3:13-cv-00047-SLG

v.

CAROLYN W. COLVIN,
Commissioner of Social Security
     Defendant.

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED:

     THAT this matter is REVERSED and REMANDED to the Commissioner of Social Security for the calculation and award of benefits.

APPROVED:

S/SHARON L. GLEASON
United States District Judge

Date: January 29, 2014

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Marvel Hansbraugh
Marvel Hansbraugh,
Clerk of Court

[Lamb v Colvin Judgment.wpd]{JMT2.WPT*Rev.3/03}